766 A.2d 328

**AMERICAN RED CROSS, Appellant,**

v.

**WORKERS' COMPENSATION APPEAL
BOARD (ROMANO), Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 2001.

Decided Feb. 15, 2001.

## *ORDER*

PER CURIAM:

Order affirmed.

Madame Justice NEWMAN did not participate in the consideration or decision of this case.